IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00827-LTB

MICHAEL M. MEREDITH,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on September 9, 2014, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Michael M. Meredith.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  9th  day of September, 2014.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/E. Seamon
        E. Seamon, Deputy Clerk